IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-02578-CMA-CBS

WAYNE ANDREWS,

    Plaintiff,

v.

GARY QUICK,
TIMOTHY GEITHNER,
DOUGLAS SHULMAN,
OFFICER IN CHARGE OF COLLECTIONS,
ROSEANNE M. MILLER,
LISA K. JONES, and
UNKNOWN AGENTS OF THE INTERNAL REVENUE SERVICE,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff's Motion to Voluntarily Dismiss Complaint (Doc. # 34) is GRANTED.

It is hereby ORDERED that, pursuant to Plaintiff's Motion and Fed. R. Civ. P. 41(a), this case is DISMISSED.

DATED: April __29__, 2014

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge